1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

AGCS MARINE INSURANCE COMPANY,          AT LAW

11                   Plaintiff,                          NO.

12            v.                                         COMPLAINT

13    EXPEDITORS INTERNATIONAL OF
      WASHINGTON, INC.,

14                   Defendant.

15

16

17         COMES NOW Plaintiff AGCS Marine Insurance Company (hereinafter, "AGCS"),

18  as and for its Complaint against Defendant Expeditors International of Washington, Inc.

19  (hereinafter, "Expeditors"), alleges and avers as follows.

20                              **PARTIES**

21         1.      AGCS is a cargo insurer with its principal place of business in Chicago,

22  Illinois and is subrogated, by virtue of payments made under its policy of insurance, to the

23  rights of its insured Arrow Electronics, Inc. (hereinafter, "Arrow").

24         2.      Defendant Expeditors International of Washington, Inc. is a company

25  organized pursuant to the laws of Washington with its principal place of business in Seattle,

COMPLAINT - 1

**Gaspich Law Office PLLC**
8094 Barthrop Pl NE
Bainbridge Island, WA  98110
Tel.  (206) 956-4204
Fax:  (206) 956-4214

Washington.  Expeditors International of Washington, Inc. is a carrier engaged in and/or arranges the transportation of goods for hire.

**JURISDICTION/VENUE**

4.      This claim falls within the Court's diversity jurisdiction pursuant to 28 U.S.C. § 1332 and federal question jurisdiction pursuant to 28 U.S.C. § 1331.  Venue is appropriate in this Court.

**FACTS**

5.      Arrow entered into a "Freight Services Master Agreement" dated November 1, 2015, with Expeditors that required Expeditors to perform international air freight forwarding services and to transport goods via air and/or truck transportation to a "delivery point" specified by Arrow.  The Agreement provides that its terms exclusively shall apply to any shipment and that "no terms and conditions from Service Provider [Expeditors] shall apply."

6.      Pursuant to this agreement, Arrow directed Expeditors to transport a shipment comprising 172 cartons of electronics parts from Manila to Arrow's facility in Reno, Nevada.  Expeditors arranged for the air portion of the transportation with Emirates Airlines and thereafter delivery by truck with JIT Transportation.

7.      The shipment was picked up on or about January 29, 2019, in Manila and delivered to Arrow in Reno on February 18, 2019.

8.      Upon delivery, forty two (42) of the cartons were observed to have wetting damage, which was noted on Expeditors' Delivery Order.  A subsequent investigation determined that the cartons were a constructive total loss.  The damage was caused solely due to fault by Expeditors.

9.      The value of the damage shipment was approximately $162,744.00.

COMPLAINT - 2

**Gaspich Law Office PLLC**
8094 Barthrop Pl NE
Bainbridge Island, WA  98110
Tel.  (206)  956-4204
Fax:  (206) 956-4214

10.     The Agreement provides that "Service Provider [Expeditors] shall be liable for loss, damage, or package damage in transit or at a facility while in the possession of or under the care, custody or control of Service Provider or Service Provider's third-party, or due to any performance of failure to perform such Services, however such loss or damage occurred."

11.     The Agreement provides that Arrow should provide notice of loss within thirty (30) days of receipt of the cargo.  Arrow sent written notice of loss to Expeditors on March 7, 2019.  Arrow invited Expeditors to participate in a joint survey of the cargo. Expeditors did not respond to this invitation, nor requested to survey the goods. All conditions precedent for pursuing this claim have been met.

12.     At all times relevant, Arrow was insured for loss or damage to its cargo pursuant to an insurance policy issued by AGCS.  AGCS has paid to its insured Arrow the amount of $162, 713.01 in connection with the claimed damages to the cargo pursuant to its insurance policy.  As a result, AGCS became subrogated to the rights of its Arrow to pursue this claim to the extent of such payment and of any future payment.

13.     Arrow delivered the cargo of electronics to Expeditors in good order and condition.  Expeditors delivered the cargo in a damaged condition in breach of its obligations under the Agreement.

14.     As a result of Expeditors' negligence and breach of the Agreement, AGCS is entitled to recover from Expeditors all payments made or to be made to its insured in an amount to be proven at trial.

///

///

**Gaspich Law Office PLLC**
8094 Barthrop Pl NE
Bainbridge Island, WA  98110
Tel.  (206)  956-4204
Fax:  (206)  956-4214

WHEREFORE, Plaintiffs AGCS MARINE INSURANCE COMPANY prays that the Court enter judgment in its favor against Defendant Expeditors International of Washington, Inc. in an amount to be determined at trial, including pre and post judgment interest, taxable costs, recoverable legal fees and costs, and such other and further relief as it deems just and proper.

DATED this 13th day of February, 2020.

GASPICH LAW OFFICE PLLC


s/ Anthony J. Gaspich
Anthony J. Gaspich, WSBA No. 19300
Attorneys for Plaintiff AGCS Marine Insurance
Company

COMPLAINT - 4